FILED
3/9/22 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-23439-GLT |
| Jessica R. Dunbar | ) | Chapter 13 |
| Debtors | ) | Doc No. __ |
| Jessica R. Dunbar | ) | |
| Movants | ) | Related to Doc. No. 54 & 59 |
| vs | ) | |
| **NAVIENT PC TRUST**, | ) | |
| JPMorgan Chase Bank, N.A, | ) | |
| Peoples Natural Gas Company LLC, | ) | |
| Quicken Loans, LLC | ) | |
| U.S. Bank NA dba Elan Financial Services | ) | |
| TD Bank USA, N.A., Capital One, Citibank, | ) | |
| Comenity Bank/Express, Gs Bank Usa | ) | |
| Kohls/Capital One, Nordstrom FSB, PNC Bank, | ) | |
| Syncb/Levin Furniture, Synchrony Bank/Care | ) | |
| Credit, Synchrony Bank/Old Navy, | ) | |
| Synchrony Bank/Sams Club, | ) | |
| Synchrony Bank/TJX, U.S. Bancorp | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| Duquesne Light Company, UPMC Physician | ) | |
| LVNV Funding, LLC, Quantum3 Group LLC as | ) | |
| agent for Comenity Bank | ) | |
| and | ) | |
| Ronda J. Winnecour Chapter 13 Trustee | ) | |
| Respondents | ) | |

**ORDER ON DEBTOR'S DEBTORS REQUEST TO WITHDRAW THE
NOTICE OF PROPOSED MODIFICAITON AND THE MARCH 3, 2022
AMENDED PLAN FILED AT DOCUMENT NO 54**

And now this  9th Day of March  , 2022, upon consideration of the debtor's request it is hereby, **ORDERED, ADJUDGED AND DECREED** that the Notice Of Proposed Modification To Confirmed Plan and the March 3, 2022 Amended Chapter 13 Plan filed at document 54 is withdrawn and that the hearing scheduled for April 21, 2022 at 11:30 a.m. is canceled.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23439-GLT |
| Jessica R. Dunbar | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jessica R. Dunbar, 4984 Hardt Road, Gibsonia, PA 15044-8123 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 11, 2022 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Jessica R. Dunbar keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor North Districts Community Credit Union pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2            User: auto            Page 2 of 2

Date Rcvd: Mar 09, 2022            Form ID: pdf900            Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor PNC Bank N.A. amps@manleydeas.com

TOTAL: 8