# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy No.  20-23439-GLT** |
| **Jessica R. Dunbar** | ) | **Chapter  13** |
|    Debtors | ) | Doc No. __ |
| **Jessica R. Dunbar** | ) | |
|    Movants | ) | |
| vs | ) | **Related to Doc. No. 60** |
| **NAVIENT PC TRUST**, | ) | |
| **JPMorgan Chase Bank, N.A,** | ) | |
| **Peoples Natural Gas Company LLC,** | ) | |
| **Quicken Loans, LLC** | ) | |
| **U.S. Bank NA dba Elan Financial Services** | ) | |
| **TD Bank USA, N.A., Capital One, Citibank,** | ) | |
| **Comenity Bank/Express, Gs Bank Usa** | ) | |
| **Kohls/Capital One, Nordstrom FSB, PNC Bank,** | ) | |
| **Syncb/Levin Furniture, Synchrony Bank/Care** | ) | |
| **Credit, Synchrony Bank/Old Navy,** | ) | |
| **Synchrony Bank/Sams Club,** | ) | |
| **Synchrony Bank/TJX, U.S. Bancorp** | ) | |
| **Portfolio Recovery Associates, LLC** | ) | |
| **Duquesne Light  Company, UPMC Physician** | ) | |
| **LVNV Funding, LLC, Quantum3 Group LLC as** | ) | |
| **agent for Comenity Bank** | ) | |
| **and** | ) | |
| **Ronda J. Winnecour Chapter 13 Trustee** | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE OF
## ORDER ON DEBTOR'S DEBTORS REQUEST TO WITHDRAW THE
## NOTICE OF PROPOSED MODIFICAITON AND THE MARCH 3, 2022
## AMENDED PLAN FILED AT DOCUMENT NO 54

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 15, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail, facsimile, and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

c. **Duquesne Light Company**, c/o Bernstein Law Firm, Attn: Peter J. Ashcroft, Esquire, Bernstein Law Firm, at pashcroft@bernsteinlaw.com
d. S. James Wallace on behalf of Creditor **Peoples Natural Gas Company, LLC**
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com


**2.)** **Service by First Class Mail--**
**a. all parties on the attached mailing matrix**


Date: **March 15, 2022**                                            **/s/Bryan P. Keenan**
                                                                    Bryan P. Keenan, PA ID No. 89053
                                                                    Bryan P. Keenan & Associates P.C.
                                                                    Attorney for Debtor
                                                                    993 Greentree Road, Suite 101
                                                                    Pittsburgh, PA 15220
                                                                    (412) 922-5116
                                                                    keenan662@gmail.com