# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-23439-GLT** |
| **Jessica R. Dunbar** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No. ___** |
| **Jessica R. Dunbar** | ) | |
| **Movant** | ) | **Response: 3/25/2022** |
| vs | ) | **Hearing Date and Time: 4/6/2022** |
| **Quicken Loans, LLC, kna Rocket Mortgage, LLC** | ) | **at 10:30 a.m.** |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondent** | ) | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION CONCERNING
## REALTY KNOWN AS 4984 HARDT ROAD GIBSONIA, PA 15044

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **March 8, 2022** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **March 25, 2022.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: March 28, 2022**              **/s/ Bryan P. Keenan**
**Bryan P. Keenan, PA ID No. 89053**
**Bryan P. Keenan & Associates P.C.**
**Attorney for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**