# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-23439-GLT** |
| **Jessica R. Dunbar** | ) | **Chapter 13** |
|    Debtor | ) | Doc No. ___ |
| **Jessica R. Dunbar** | ) | |
|    Movant | ) | |
| vs | ) | |
| **Quicken Loans, LLC, kna Rocket Mortgage, LLC** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|    Respondent | ) | |

CERTIFICATE OF SERVICE ON ORDER OF COURT ON DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION CONCERNING REALTY KNOWN AS 4984 HARDT ROAD GIBSONIA, PA 15044

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 30, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail, facsimile, and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Quicken Loans, LLC kna Rocket Mortgage, LLC c/o** Jay Farner**, CEO 635 Woodward Avenue Detroit, MI 48266**

Date: **March 30, 2022**                              **/s/ Bryan P. Keenan**
                                                       Bryan P. Keenan, PA ID No. 89053
                                                       Bryan P. Keenan & Associates P.C.
                                                       Attorney for Debtor
                                                       993 Greentree Road, Suite 101
                                                       Pittsburgh, PA 15220
                                                       (412) 922-5116
                                                       keenan662@gmail.com