FILED
11/29/22 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 20-23439-GLT |
|---|---|
| Jessica R. Dunbar | Chapter 13 |
| Debtor | Doc. No. |
| Jessica R. Dunbar | |
| Movant | |
| vs. | Related to Docket No. 82 |
| Ronda J. Winnecour, Chapter 13 Trustee | |
| Respondent | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☐     a motion to dismiss case or certificate of default requesting dismissal

☐     a plan modification sought by: _____

☐     a motion to lift stay
       as to creditor _____

☒     **Other: To fund plan to pay the October 25, 2022 Notice of Mortgage Payment Change filed by Rocket Mortgage, LLC f/k/a Quicken Loans,LLC f/k/a Quicken Loans Inc.**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated **March 8, 2022**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

☒ Debtor(s) Plan payments shall be changed from **$2,117.00** to **$2,13500** per month effective **December 1, 2022.**

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: **Rocket Mortgage LLC CL.#6-2 Governs following all NMPC of record**

  IT IS FURTHER ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this 29th Day of November, 2022

_____
Gregory R. Taddonio, Chief Judge
United Sates Bankruptcy Court

Dated: November 28, 2022

Stipulated by:                                  Stipulated by:

/s/ Bryan P. Keenan                             /s/ James C. Warmbrodt
Bryan P. Keenan                                 James C. Warmbrodt
Counsel to Debtor                               Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jessica R. Dunbar  
    Debtor

Case No. 20-23439-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Nov 29, 2022      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R. Dunbar, 4984 Hardt Road, Gibsonia, PA 15044-8123 |
| 15333861 | + | North Districts Community Credit Union, Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, Ohio 44131-1829 |
| 15321190 | + | NorthDistrict Credit Union, 5321 William Flinn Hwy # 5, Gibsonia, PA 15044-9639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 00:03:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2022 00:15:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 30 2022 00:03:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 00:05:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15321183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 00:15:54 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15321184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:03:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15340734 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 30 2022 00:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15321185 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 30 2022 00:03:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15321182 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2022 00:05:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15325323 | + | Email/Text: RASEBN@raslg.com | Nov 30 2022 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15321186 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2022 00:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15335114 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15325283 | | Email/PDF: pa_dc_claims@navient.com | Nov 30 2022 00:05:35 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

Case 20-23439-GLT   Doc 84   Filed 12/01/22   Entered 12/02/22 00:29:33   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15321188 | + | Email/PDF: pa_dc_claims@navient.com | Nov 30 2022 00:05:13 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 15321187 | + | Email/PDF: pa_dc_claims@navient.com | Nov 30 2022 00:05:24 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15325284 | | Email/PDF: pa_dc_ed@navient.com | Nov 30 2022 00:05:12 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15321189 | + | Email/Text: bnc@nordstrom.com | Nov 30 2022 00:03:16 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15336594 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2022 00:03:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15321191 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 00:03:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15341182 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 00:03:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 15321192 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 30 2022 00:03:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15341348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:15:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325628 | + | Email/Text: ebnpeoples@grblaw.com | Nov 30 2022 00:03:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15338470 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2022 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15321193 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 30 2022 00:03:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15327688 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 30 2022 00:03:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15321194 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:31 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15337940 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15321399 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321195 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15321196 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:10 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321197 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321198 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2022 00:05:12 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15331263 | + | Email/Text: bncmail@w-legal.com | Nov 30 2022 00:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15321199 | + | Email/Text: bncmail@w-legal.com | Nov 30 2022 00:03:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321200 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 30 2022 00:03:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 15328695 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 42 |

|  |  |  | Nov 30 2022 00:03:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
|---|---|---|---|---|
| 15333364 | ^ | MEBN | Nov 29 2022 23:59:04 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15332332 | ^ | MEBN | Nov 29 2022 23:58:58 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | North Districts Community Credit Union |
| cr |  | Quicken Loans, LLC |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15325330 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Jessica R. Dunbar keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor North Districts Community Credit Union pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace |  |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 42

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com

TOTAL: 9