**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2025

IN RE:

| | |
|---|---|
| JESSICA R. DUNBAR<br>4984 HARDT ROAD<br>GIBSONIA,  PA  15044<br>XXX-XX-2756          Debtor(s) | Case No.20-23439 GLT<br><br>Chapter 13 |

---

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2968 |
| **KML LAW GROUP PC**\*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC**\*<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 211.29<br>COMMENT: PEOPLES/PRAE\*NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5904 |
| **NORTH DISTRICTS COMMUNITY CU**\*<br>5321 WILLIAM FLYNN HWY<br>GIBSONIA, PA  15044 | Trustee Claim Number: 5   INT %: 4.25%<br>Court Claim Number: 14<br>CLAIM: 15,909.64<br>COMMENT: $/CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5L02 |
| **NORTH DISTRICTS COMMUNITY CU**\*<br>5321 WILLIAM FLYNN HWY<br>GIBSONIA, PA  15044 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: RS/OE\*SURR/PL\*C=1322.92 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5L01 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4PMT-LMT\*BGN 12/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1663 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 12,627.79<br>COMMENT: LOAN MOD @ 38 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0841 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: NT PROV/PL\*CL=$0\*LEVIN/SYNC\*W/37 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1270 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 5,724.24<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7337 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,369.28<br>COMMENT: SOUTHWEST REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6085 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,254.56<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4707 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 3,979.51<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4947 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 830.46<br>COMMENT: EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4443 |
| **GS BANK USA**<br>PO BOX 45400<br>SALT LAKE CITY, UT  84145 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5732 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX  75014 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5910 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTME**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR  97208-4450 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 33,178.35<br>COMMENT: X1203/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2756 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 978.90<br>COMMENT: X8736/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2756 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0825 |
| **NORDSTROM FSB**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASGN<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,532.55<br>COMMENT: REF 3586575107 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1797 |

| Creditor | Trustee Claim # | Court Claim # | Int % | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| PNC BANK NA, PO BOX 94982, CLEVELAND, OH 44101 | 21 | 12 | 0.00% | UNSECURED CREDITOR | 6086 | 5,396.94 | |
| PNC BANK NA, PO BOX 94982, CLEVELAND, OH 44101 | 22 | 11 | 0.00% | UNSECURED CREDITOR | 8201 | 2,506.53 | X8857/SCH |
| LVNV FUNDING LLC, C/O RESURGENT CAPITAL SVCS, PO BOX 10587, GREENVILLE, SC 29603-0587 | 23 | 19 | 0.00% | UNSECURED CREDITOR | 0679 | 2,223.18 | SYNC*CARE CREDIT |
| SYNCHRONY BANK BY AIS INFOSOURCE LP AS, DEPT 888 PO BOX 4457, HOUSTON, TX 77210-4457 | 24 | 17 | 0.00% | UNSECURED CREDITOR | 5288 | 170.21 | OLD NAVY*GEMB*GECRB |
| PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541 | 25 | 26 | 0.00% | UNSECURED CREDITOR | 2968 | 2,905.71 | SYNC*SAMS CLUB |
| PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541 | 26 | 25-2 | 0.00% | UNSECURED CREDITOR | 3590 | 253.79 | SYNC*TJX*AMD |
| TD BANK USA NA**, C/O WEINSTEIN & RILEY PS(*), PO BOX 93024, LAS VEGAS, NV 89193-3024 | 27 | 8 | 0.00% | UNSECURED CREDITOR | 0291 | 7,211.42 | |
| US BANK NA D/B/A ELAN FINANCIAL SERVICES, PO BOX 5227, CINCINNATI, OH 45201-5227 | 28 | 7 | 0.00% | UNSECURED CREDITOR | 0111 | 2,385.78 | |
| MANLEY DEAS KOCHALSKI LLC, PO BOX 165028, COLUMBUS, OH 43216-5028 | 29 | | 0.00% | NOTICE ONLY | | 0.00 | PNC BANK/PRAE |
| ROCKET MORTGAGE LLC FKA QUICKEN LOANS, 635 WOODWARD AVE, DETROIT, MI 48226 | 30 | 6 | 0.00% | MORTGAGE ARR. | 0841 | 0.00 | LOAN MOD @ 38 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 31   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: QUICKEN/CL | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PNC BANK NA** <br> PO BOX 94982 <br><br> CLEVELAND, OH 44101 | Trustee Claim Number: 32   INT %: 0.00% <br> Court Claim Number: 24 <br><br> CLAIM: 770.02 <br> COMMENT: $/CL-PL@PNC MTG*THRU 11/20 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 1663 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 33   INT %: 0.00% <br> Court Claim Number: 9 <br><br> CLAIM: 167.41 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2756 |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number: 34   INT %: 0.00% <br> Court Claim Number: 10 <br><br> CLAIM: 567.18 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2756 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 35   INT %: 0.00% <br> Court Claim Number: 23 <br><br> CLAIM: 94.99 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2430 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 36   INT %: 0.00% <br> Court Claim Number: 22 <br><br> CLAIM: 580.35 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5580 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 37   INT %: 0.00% <br> Court Claim Number: 20 <br><br> CLAIM: 2,149.51 <br> COMMENT: NO GEN UNS/SCH*SYNC/LEVIN*W/9 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1270 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** <br> 635 WOODWARD AVE <br><br> DETROIT, MI 48226 | Trustee Claim Number: 38   INT %: 0.00% <br> Court Claim Number: 6-2 <br><br> CLAIM: 0.00 <br> COMMENT: CL6-2GOV W NMPC*LOAN MOD BGN 5/22*DK4LMT | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 0841 |