# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | Bankruptcy No. 20-23439-GLT | |
| **Jessica R. Dunbar** ) | Chapter 13 | |
| ) | Doc No. __ | |
| **Debtor** ) | Response Due: 1/29/2026 | |
| **Bryan Keenan, Esquire** ) | Hearing date: 2/11/2026 | |
| APPLICANT ) | at 10:30 a.m. | |
| vs. ) | | |
| No Respondent(s) ) | | |

| | |
|---|---|
| | Case Administration, Preparation and Filing of Documents, Lien Search |
| | Preparation for and Appearance at 341 meetings and Hearings |
| | Claims Administration |
| | Consultation and Communication with client, correspondence with creditors and other third parties |
| | Fee Application Preparation |
| | Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents |

| Category | Rate | Quantity | Total |
|---|---|---|---|
| 1 | $300.00 | 11.90 | $3,570.00 |
| 1 | $100.00 | 9.7 | $970.00 |
| 2 | $300.00 | 1.1 | $330.00 |
| 3 | $300.00 | 1.80 | $540.00 |
| 4 | $300.00 | 7 | $2,100.00 |
| 4 | $100.00 | 3.6 | $360.00 |
| 5 | $300.00 | 1.5 | $450.00 |
| 6 | $100.00 | 1.6 | $160.00 |

Total Hours 38.2                Total Services Rendered        $8,480.00

Itemized Cost Summary            Total Costs:              $512.36

| | | | |
|---|---|---|---|
| Court Filing Fee | $310.00 | | |
| Credit Report | $37.00 | Total: | $8,992.36 |
| Pre-counseling Fee | $24.00 | Total paid: | $4,500.00 |
| Paper | $71.28 | - Waived | $3,492.36 |
| Envelopes | $9.3 | | |
| Postage | $42.78 | Outstanding Balance: | $1,000.00 |

# Bryan P. Keenan & Associates P.C.　　　　INVOICE

993 Greentree Road, Suite 201  
Pittsburgh, PA 15220  
United States  

Invoice # 1  
Date: 01/12/2026  
Due On: 02/11/2026

Jessica R. Dunbar  
7674 Saltburg Road  
Pittsburgh, PA 15239

&$!&' (' -!;  @H

## Jessica R. Dunbar

**Category Code**

Category 1 - Case Administration, Preparation and Filing of Documents, Lien Search  
Category 2 - Preparation for and Appearance at 341 meetings and Hearings  
Category 3 - Claims Administration  
Category 4 - Consultation and Communication with client, correspondence with creditors and other third parties  
Category 5 - Fee Application Preparation  
Category 6 - Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/13/2020 | Cert of Credit Counseling | 1.00 | $24.00 | $24.00 |
| Expense | 11/13/2020 | Credit Report | 1.00 | $37.00 | $37.00 |
| Service | 11/13/2020 | Category 1-: Retainer 13 Appointment (confirmed) | 1.50 | $300.00 | $450.00 |
| Expense | 11/13/2020 | Paper | 110.00 | $0.09 | $9.90 |
| Service | 11/20/2020 | Category 4 -: Intake/Draft Appt. - LVM | 1.00 | $300.00 | $300.00 |
| Expense | 11/20/2020 | Paper | 62.00 | $0.09 | $5.58 |
| Service | 11/30/2020 | Category 4 -: Phone call from client | 0.10 | $100.00 | $10.00 |
| Service | 12/01/2020 | Category 4 -: Phone call with client to confirm I can move forward and file | 0.10 | $300.00 | $30.00 |
| Service | 12/04/2020 | Category 4 -: Email to client with request for pay stubs | 0.10 | $100.00 | $10.00 |
| Expense | 12/14/2020 | Court Filing Fee | 1.00 | $310.00 | $310.00 |
| Service | 12/14/2020 | Category 1-: Prepared and filed emergency Petition | 0.30 | $300.00 | $90.00 |
| Service | 12/14/2020 | Category 1-: filed Cert of CC | 0.10 | $100.00 | $10.00 |
| Service | 12/15/2020 | Category 1-: Filed Employee Income Records | 0.10 | $100.00 | $10.00 |
| Service | 12/15/2020 | Category 1-: filed Dec of Electronic filing | 0.10 | $100.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/22/2020 | Category 1-: Prepared and filed completed petition | 0.40 | $300.00 | $120.00 |
| Service | 12/22/2020 | Category 1-: Prepared and filed Chapter 13 Plan | 0.40 | $300.00 | $120.00 |
| Service | 12/29/2020 | Category 4 -: Emailed employee income records to trustee | 0.10 | $100.00 | $10.00 |
| Service | 01/20/2021 | Category 4 -: Email resposne to client losing job, i set phone appt. | 0.10 | $100.00 | $10.00 |
| Service | 01/21/2021 | Category 4 -: Phone Appointment with client | 0.10 | $300.00 | $30.00 |
| Service | 01/22/2021 | Category 4 -: Emailed and called client reminder of moc and to take fmc | 0.20 | $100.00 | $20.00 |
| Service | 01/25/2021 | Category 4 -: Phone call with client to confirm she filed for Unemployment/ will get a hold off us for changes | 0.10 | $300.00 | $30.00 |
| Service | 01/25/2021 | Category 3 -: Reviewed Quicken Mortgaqe Payment Claim 6-1 (Claim shall govern) | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2021 | Category 2 -: Prepared and attended Chapter 13 Meeting of Creditors | 0.50 | $300.00 | $150.00 |
| Service | 01/27/2021 | Category 1-: Prepared and filed Amended B and C | 0.30 | $300.00 | $90.00 |
| Service | 02/01/2021 | Category 4 -: Email response to client Re Notice of Mortgage payment change | 0.10 | $300.00 | $30.00 |
| Service | 02/24/2021 | Category 3 -: BK reviewed Secured claims | 0.30 | $300.00 | $90.00 |
| Service | 03/03/2021 | Category 4 -: Email response from client re auto loan | 0.10 | $300.00 | $30.00 |
| Service | 03/05/2021 | Category 4 -: Emai response to client Re PNC Proof of calim address | 0.10 | $300.00 | $30.00 |
| Service | 03/12/2021 | Category 1-: Reviewed Motion for relief from co-debtor stay/no response to be filed | 0.10 | $300.00 | $30.00 |
| Service | 03/23/2021 | Category 1-: filed Fin Mgmt course | 0.10 | $100.00 | $10.00 |
| Service | 03/29/2021 | Category 3 -: Reviewed Proofs of Claims | 0.40 | $300.00 | $120.00 |
| Service | 05/05/2021 | Category 3 -: Review Mortgage Claim 24-1 | 0.20 | $300.00 | $60.00 |
| Service | 05/25/2021 | Category 3 -: Reviewed PNC Bank claim 24-1 | 0.10 | $300.00 | $30.00 |
| Service | 06/03/2021 | Category 4 -: Email from client Re (reduction of income) | 0.10 | $300.00 | $30.00 |
| Service | 06/10/2021 | Category 4 -: Email to client to call for an appointment to discuss further | 0.10 | $300.00 | $30.00 |
| Service | 06/16/2021 | Category 3 -: Reviewed claims re Gov't Proof of | 0.20 | $300.00 | $60.00 |

|  |  | Claim Bar Date 6/12/2021 |  |  |  |
|---|---|---|---|---|---|
| Service | 07/13/2021 | Category 4 -: Email to Client Re Amended Plan Calculations | 0.40 | $300.00 | $120.00 |
| Service | 07/13/2021 | Category 4 -: Email/Phone call follow up to client inquiry Re sale of home and car | 0.20 | $300.00 | $60.00 |
| Service | 07/15/2021 | Category 4 -: Return call from client | 0.10 | $100.00 | $10.00 |
| Service | 07/21/2021 | Category 4 -: Email from Client re contemplation of house sale | 0.40 | $100.00 | $40.00 |
| Service | 07/21/2021 | Category 1-: Filed Notice of Mortgage payment change | 0.20 | $100.00 | $20.00 |
| Service | 07/26/2021 | Category 4 -: Phone call to client to follow up when she receives market analysis | 0.10 | $100.00 | $10.00 |
| Service | 07/28/2021 | Category 1-: Prepared and filed Notice of Mortgage Payment Change | 0.20 | $100.00 | $20.00 |
| Service | 09/20/2021 | Category 1-: Prepared and filed Declaration Re August 27, 2021 Notice of Mortgage payment Change Re | 0.20 | $100.00 | $20.00 |
| Service | 11/04/2021 | Category 4 -: Call to client with request for market analysis re possible sale of home | 0.10 | $300.00 | $30.00 |
| Service | 11/04/2021 | Category 1-: filed dec on rocket mortg pay change | 0.20 | $100.00 | $20.00 |
| Service | 11/04/2021 | Category 1-: filed dec on pnc mortgage pay change | 0.20 | $100.00 | $20.00 |
| Service | 12/07/2021 | Category 4 -: Called to set up Appt to fix Arrears (LVM) | 0.10 | $100.00 | $10.00 |
| Service | 12/07/2021 | Category 4 -: Letter mailed to Client regarding Arrears | 0.20 | $100.00 | $20.00 |
| Service | 12/13/2021 | Category 4 -: Spoke with Client regarding her having COVID and wanting to reschedule Apt to fix Arrears. | 0.10 | $100.00 | $10.00 |
| Service | 12/21/2021 | Category 1-: Prepared and filed Notice of Mortgage Payment change Declaration new payment 12/20/2201 $275.66 | 0.20 | $100.00 | $20.00 |
| Service | 12/22/2021 | Category 4 -: Email from Client regarding Appt to fix arrears documents and setting up of new Apt to fix arrears. | 0.40 | $100.00 | $40.00 |
| Service | 01/06/2022 | Category 1-: Filed Declaration Re: Notice of Mortgage Payment Change | 0.20 | $100.00 | $20.00 |
| Service | 01/06/2022 | Category 1-: Prepared and filed Notice of Mortgage Payment change 12/27/2021 ($274.36) Effective 1/20/2022 | 0.20 | $100.00 | $20.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/08/2022 | Category 4 -: Prepared and forwarded Authorization letter Faxed (See Quicken Loans Loss Mitigation Authorization Letter folder) | 0.10 | $100.00 | $10.00 |
| Service | 01/19/2022 | Category 4 -: Emailed her Amended Plan options | 0.20 | $300.00 | $60.00 |
| Service | 01/20/2022 | Category 4 -: Phone call with client re loan modification to address arrears that have arose due to loss of employment | 0.30 | $300.00 | $90.00 |
| Service | 01/27/2022 | Category 4 -: Email to client re Loss Mitigation | 0.10 | $300.00 | $30.00 |
| Service | 01/31/2022 | Category 1-: file Notice of Mortgage Payment Change PNC Bank, N.A (amended plan needed) | 0.20 | $100.00 | $20.00 |
| Service | 02/04/2022 | Category 4 -: Phone call with client re loss of income/loss mitigation options | 0.10 | $300.00 | $30.00 |
| Service | 02/04/2022 | Category 4 -: Phone call to client re employment status/loss mitigation | 0.10 | $100.00 | $10.00 |
| Service | 02/15/2022 | Category 4 -: Email to client seeking status of applicaiton | 0.10 | $100.00 | $10.00 |
| Service | 02/22/2022 | Category 4 -: Email to client RE amended plan | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2022 | Category 4 -: Follow up with client re email to file amended plan (client approved) | 0.10 | $300.00 | $30.00 |
| Service | 03/03/2022 | Category 4 -: Email to client with amended plan | 0.10 | $300.00 | $30.00 |
| Service | 03/03/2022 | Category 4 -: Email to client Re Amended Plan | 0.10 | $300.00 | $30.00 |
| Service | 03/03/2022 | Category 4 -: Email to client Re amended plan payment moving forward | 0.30 | $300.00 | $90.00 |
| Service | 03/03/2022 | Category 1-: Prepared and filed Amended Plan 2.25.2022 re Notice of Mortgage Payment Change P.N.C Bank | 0.40 | $300.00 | $120.00 |
| Service | 03/08/2022 | Category 4 -: Email to Trustee Re march 2022 distribution (none to be made to Rocket Mortgage LLC) | 0.20 | $300.00 | $60.00 |
| Service | 03/08/2022 | Category 1-: Prepared and filed Motion to Withdraw Amended Plan | 0.30 | $300.00 | $90.00 |
| Service | 03/08/2022 | Category 4 -: Emailed client a copy of loan mod | 0.10 | $100.00 | $10.00 |
| Service | 03/08/2022 | Category 1-: Prepared and filed Amended Chapter 13 Plan Dated 3/8/2022 with Notice Of Proposed Modification To Confirmed Plan | 5.00 | $300.00 | $1,500.00 |
| Service | 03/08/2022 | Category 6 -: Served Amended Chapter 13 Plan | 0.50 | $100.00 | $50.00 |
| Expense | 03/08/2022 | Envelopes: Re Service of Notice of Proposed Modification with amended plan | 31.00 | $0.10 | $3.10 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 03/08/2022 | Paper: Re Service of Notice of Proposed Modification with amended plan | 310.00 | $0.09 | $27.90 |
| Expense | 03/08/2022 | Postage: Re Service of Notice of Proposed Modification with amended plan | 31.00 | $0.60 | $18.60 |
| Service | 03/08/2022 | Category 4 -: Prepared and filed Motion to Approve Loan Modification | 1.00 | $300.00 | $300.00 |
| Service | 03/11/2022 | Category 4 -: Email to client regarding income and deductions | 0.10 | $300.00 | $30.00 |
| Service | 03/15/2022 | Category 6 -: Serve Order on Motion to Withdraw/Dismiss | 0.10 | $100.00 | $10.00 |
| Service | 03/21/2022 | Category 4 -: Email response to client email re hearings | 0.10 | $300.00 | $30.00 |
| Service | 03/25/2022 | Category 1-: Reviewed Notice of Mortgage Payment Change: CLAIM 24 -- From 3/25/2022 ($273.10) to 4/26/2022 ($274.24) there was a increase of $1.14 effective 5.20.2022 | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2022 | Category 1-: Reviewed Notice of Mortgage payment change | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2022 | Category 1-: filed CNO Response due (25th) for loan modification | 0.10 | $100.00 | $10.00 |
| Service | 03/30/2022 | Category 6 -: Served Order on Application for Approval | 0.10 | $100.00 | $10.00 |
| Service | 03/30/2022 | Category 1-: File Declaration Re: Notice of Mortgage Payment Change | 0.20 | $100.00 | $20.00 |
| Service | 04/07/2022 | Category 2 -: Prepared and Attended Conciliation Conference | 0.40 | $300.00 | $120.00 |
| Service | 04/08/2022 | Category 4 -: Email to client re payment increase to $2,117.00 effective 4/2022 | 0.10 | $100.00 | $10.00 |
| Service | 04/08/2022 | Category 1-: prepared and filed Proposed order confirming plan | 0.10 | $100.00 | $10.00 |
| Service | 04/29/2022 | Category 1-: Declaration Re: Notice of Mortgage Payment Change Claim Number 24 | 0.20 | $100.00 | $20.00 |
| Service | 06/10/2022 | Category 1-: Reviewed 6/9/2022 Notice of Mortgage Payment Change: CLAIM 24 PNC Bank | 0.30 | $300.00 | $90.00 |
| Service | 06/16/2022 | Category 6 -: Reviewed Notice of Mortgage Payment change/ Drafted notes for Attorney Keenan to review. | 0.70 | $100.00 | $70.00 |
| Service | 06/16/2022 | Category 1-: Prepared and filed Declaration Re: Notice of Mortgage Payment Change Claim Number 6. Plan is sufficient to accommodate the plan change. | 0.30 | $100.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/16/2022 | Category 6 -: Uploaded Notice of Mortgage Payment Change File to Clio. | 0.10 | $100.00 | $10.00 |
| Service | 06/29/2022 | Category 1-: Filed Declaration Re 6/27/2022 Notice of Mortgage Payment change (plan governs) | 0.20 | $300.00 | $60.00 |
| Service | 07/28/2022 | Category 1-: REVIEWED 7.26.2022 Notice of Mortgage Payment Change (Claim 24: PNC Bank, N.A.) $275.54 effective 8.20.2022 (Increase of $0.29) | 0.10 | $300.00 | $30.00 |
| Service | 07/28/2022 | Category 1-: Prepared and filed Declaration Re: 7.26.2022 Notice of Mortgage Payment Change Claim Number 24. | 0.20 | $100.00 | $20.00 |
| Service | 08/30/2022 | Category 1-: REVIEWED Notice of Mortgage Payment Change regarding claim 24 ($279.99) effective 9.20.2022 | 0.10 | $300.00 | $30.00 |
| Service | 08/30/2022 | Category 1-: Prepared and filed Declaration Re: Notice of Mortgage Payment Change Claim Number 24. | 0.20 | $100.00 | $20.00 |
| Service | 09/07/2022 | Category 3 -: Reviewed Amended Claim 6-1 Quicken Loans (Re loan mod) | 0.10 | $300.00 | $30.00 |
| Service | 10/21/2022 | Category 3 -: REVIEWED Notice of Mortgage Payment change regarding Claim 24 ($281.79) -- Increase of $1.80 Effective 10.20.2022 | 0.10 | $300.00 | $30.00 |
| Service | 10/21/2022 | Category 1-: PREPARED AND FILED DEC ON MORTGAGE PAY CHANGE FROM SEPT 2022 | 0.20 | $250.00 | $50.00 |
| Service | 10/21/2022 | Category 3 -: REVIEWED: SECURED Proof of Claim 6-2: Rocket Mortgage FKA Quicken Loans ($161,473.72) | 0.20 | $300.00 | $60.00 |
| Service | 10/31/2022 | Category 1-: PREAPRED AND FILED DEC ON MORTGA PAY CHANGE FOR PNC ONLY | 0.20 | $300.00 | $60.00 |
| Service | 11/03/2022 | Category 1-: PREPARED AND FILED DEC ON QUICKEN LOAN MORTG PAY CHANGE THAT AMENDED PLAN NEEDS DONE | 0.20 | $300.00 | $60.00 |
| Service | 11/22/2022 | Category 1-: Emailed Trustee to file Motion for Modification | 0.10 | $300.00 | $30.00 |
| Service | 11/22/2022 | Category 4 -: Email to trustee Regaring Modification to Plan in connection with Mortgage Payment Change effective 12.2022 | 0.20 | $300.00 | $60.00 |
| Service | 11/23/2022 | Category 4 -: Response from Trustee Received with Regard to Proposed Modification | 0.10 | $300.00 | $30.00 |
| Service | 11/28/2022 | Category 1-: Filed Modification to Confirmed Plan in connection with Mortgage Modification | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/28/2022 | Category 4 -: Email to client Re Order to increase payment to fund mortgage payment change. | 0.20 | $300.00 | $60.00 |
| Service | 12/06/2022 | Category 1-: Prepared and Filed Declaration of Mortgage Payment Change | 0.20 | $300.00 | $60.00 |
| Service | 02/10/2023 | Category 1-: Prepared and Filed Dec Mortgage plan governs | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2023 | Category 1-: Prepared and Filed Dec plan governs | 0.20 | $300.00 | $60.00 |
| Service | 02/28/2023 | Category 4 -: Emailed client 2/27/2022 PNC Claim 24 Mortgage Pay Change Notes | 0.20 | $100.00 | $20.00 |
| Service | 03/28/2023 | Category 1-: Attorney review of march 2023 mortgage pay change | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2023 | Category 2 -: Prepared and Filed DEc on March 2023 mortgage pay change | 0.20 | $300.00 | $60.00 |
| Service | 05/31/2023 | Category 1-: Prepared and Filed Dec on Mortgage Pay change Plan Governs | 0.20 | $100.00 | $20.00 |
| Service | 07/12/2023 | Category 4 -: Emailed client to increase payment by another $4 to fund mortgage payment change | 0.10 | $100.00 | $10.00 |
| Service | 07/12/2023 | Category 1-: Prepared and Filed Dec on Mortgage Pay change Normal dec plan adequately funded | 0.30 | $100.00 | $30.00 |
| Service | 07/13/2023 | Category 4 -: Response email from client acknowledging to increase payment | 0.10 | $100.00 | $10.00 |
| Service | 08/16/2023 | Category 1-: Prepared and filed Dec on Mortgage Pay change plan governs | 0.30 | $100.00 | $30.00 |
| Service | 09/05/2023 | Category 1-: Called and emailed client to increase payment $8.00 | 0.30 | $100.00 | $30.00 |
| Service | 09/05/2023 | Category 4 -: Prepared and Filed Declaration of Mortgage Pay Change | 0.20 | $100.00 | $20.00 |
| Service | 09/05/2023 | Category 4 -: Called client to increase $8.00 and emailed client stated she will start the change for sept 2023 | 0.10 | $100.00 | $10.00 |
| Service | 09/05/2023 | Category 4 -: Return call from client re plan/ mortgage payment increase | 0.10 | $100.00 | $10.00 |
| Service | 10/18/2023 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 10/18/2023 | Category 6 -: Reviewed Mortg Pay change | 0.10 | $250.00 | $25.00 |
| Service | 11/09/2023 | Category 1-: Reviewed Mortgage Pay Change | 0.10 | $300.00 | $30.00 |
| Service | 11/11/2023 | Category 1-: Email to trustee with Proposed | 0.10 | $300.00 | $30.00 |

|  |  | Modification |  |  |  |
|---|---|---|---|---|---|
| Service | 11/15/2023 | Category 4 -: Email from Trustee Approving Modification | 0.10 | $300.00 | $30.00 |
| Service | 11/15/2023 | Category 1-: Filed Proposed Order Modifying Plan | 0.10 | $300.00 | $30.00 |
| Service | 11/16/2023 | Category 4 -: email to client | 0.10 | $300.00 | $30.00 |
| Service | 11/16/2023 | Category 4 -: Email to client with new TFS payment amount to cover m0ortgage increase new amount to TFS is $2,180.00 per month effective December 1, 2023. | 0.10 | $300.00 | $30.00 |
| Service | 12/05/2023 | Category 1-: Prepared and Filed Dec on Mortgage pay change | 0.20 | $100.00 | $20.00 |
| Service | 01/10/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.20 | $100.00 | $20.00 |
| Service | 02/02/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 03/19/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 04/02/2024 | Category 4 -: Phone Appt re possible sale of home | 0.20 | $300.00 | $60.00 |
| Service | 04/04/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 05/31/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.10 | $300.00 | $30.00 |
| Service | 06/26/2024 | Category 1-: Prepared and Filed Dec on Mortgage Pay Change for April and June | 0.30 | $100.00 | $30.00 |
| Service | 07/29/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 09/10/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $300.00 | $90.00 |
| Service | 09/26/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $300.00 | $90.00 |
| Service | 11/07/2024 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $300.00 | $90.00 |
| Service | 12/04/2024 | Category 4 -: Voicemail from client called her back | 0.10 | $100.00 | $10.00 |
| Service | 12/10/2024 | Category 1-: dec on mortgage pay change for 24-1 | 0.10 | $300.00 | $30.00 |
| Service | 01/29/2025 | Category 4 -: Email to client Re arrears | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/29/2025 | Category 4 -: Email response from client indicating that payments are current (her TFS registry saved to file) | 0.10 | $300.00 | $30.00 |
| Service | 02/06/2025 | Category 1-: Review of both Pending mortgage payment changes | 0.10 | $300.00 | $30.00 |
| Service | 02/26/2025 | Category 1-: Reviewed Mortgage Pay change | 0.10 | $300.00 | $30.00 |
| Service | 03/03/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change for Dec Jan and Februry Mortgage Pay Changes | 0.40 | $100.00 | $40.00 |
| Service | 03/26/2025 | Category 1-: reviewed Notice of Mortgage Payment Change | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 06/16/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change for May 2025 | 0.30 | $300.00 | $90.00 |
| Service | 06/24/2025 | Category 1-: Prepared and filed dec on April mortgage pay change | 0.30 | $100.00 | $30.00 |
| Service | 07/09/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 07/29/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 09/11/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 10/02/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 10/06/2025 | Category 4 -: Phone call, left voicemaill. 3 payments remain, call 12/25 after last payment made so I can notify trustee | 0.10 | $100.00 | $10.00 |
| Service | 10/06/2025 | Category 4 -: Phone call to review status *(left a message, 3 payments remain, call 12/25 after last payment made so I can notify trustee | 0.10 | $300.00 | $30.00 |
| Service | 11/04/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change | 0.30 | $100.00 | $30.00 |
| Service | 12/03/2025 | Category 1-: Prepared and Filed Declaration of Mortgage Pay Change on PNC | 0.30 | $100.00 | $30.00 |
| Service | 01/05/2026 | Category 1-: Prepared and Filed Cert of Discharge Eligibility | 0.10 | $100.00 | $10.00 |
| Service | 01/05/2026 | Category 4 -: Email to trustee to confirm final payment made/confirmation of long term debt payment resumption | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/05/2026 | Category 4 -: Email from trustee confirming case complete/long term debt takeover 2/2026 | 0.10 | $300.00 | $30.00 |
| Service | 01/05/2026 | Category 1-: Prepared and filed Ominubs Declaration Re Mortgage Payment Change Re claim 24-1- PNC Bank (plan payment to govern $480.00) | 0.20 | $300.00 | $60.00 |
| Service | 01/05/2026 | Category 4 -: Email from client to confirm TFS payment cleared | 0.10 | $100.00 | $10.00 |
| Expense | 01/08/2026 | Envelopes: Re Service of Fee Application | 31.00 | $0.10 | $3.10 |
| Service | 01/12/2026 | Category 5 -: Prepared and filed Fee Application | 1.50 | $300.00 | $450.00 |
| Expense | 01/12/2026 | Postage: Re Service of Fee Application | 31.00 | $0.78 | $24.18 |
| Expense | 01/12/2026 | Envelopes: Re Service of Fee Application | 31.00 | $0.10 | $3.10 |
| Expense | 01/12/2026 | Paper: Re Service of Fee Application | 372.00 | $0.09 | $33.48 |
| | | | | Total | $9,434.94 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Date | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | 01/12/2026 | $8,992.36 | $4,500.00 | $4,492.36 |
| | | | **Outstanding Balance** | $4,492.36 |
| | | | **Wavied $3,492.36** | |
| | | | **Total Amount Outstanding** | $1,000.00 |