**Fill in this information to identify the case:**

Debtor 1    **JESSICA R. DUNBAR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number    **20-23439GLT**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   ROCKET MORTGAGE LLC FKA QUICKEN LOANS LLC

**Court claim no.** (if known):
6-2

**Last 4 digits** of any number you use to identify the debtor's account:   0   8   4   1

**Property Address:**    4984 HARDT RD
Number        Street

PITTSBURGH                                                    PA      15044
City                                                                State     ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:**  **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $_____73,406.37

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
January 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $_____-0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘/s/ Ronda J. Winnecour                                                  Date    02/25/2026
_____                            _____
Signature

Trustee      Ronda J. Winnecour
             _____
             First Name          Middle Name          Last Name

Address      CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
             _____
             Number        Street

             PITTSBURGH                          PA      15219
             _____
             City                                State    ZIP Code

Contact phone   (412) 471-5566              Email   cmecf@chapter13trusteewdpa.com
                _____                    _____

| Debtor 1 | **DUNBAR** | | Case Number **20-23439GLT** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2021 | 1192111 | Amounts Disbursed To Creditor | 2,916.53 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2021 | 1195348 | Amounts Disbursed To Creditor | 1,518.87 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2021 | 1198462 | Amounts Disbursed To Creditor | 1,550.44 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2021 | 1201642 | Amounts Disbursed To Creditor | 850.05 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2021 | 1204844 | Amounts Disbursed To Creditor | 1,170.50 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2021 | 1207996 | Amounts Disbursed To Creditor | 647.47 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 09/24/2021 | 1211101 | Amounts Disbursed To Creditor | 590.65 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2021 | 1214175 | Amounts Disbursed To Creditor | 710.03 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 11/22/2021 | 1217208 | Amounts Disbursed To Creditor | 1,114.82 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2021 | 1220290 | Amounts Disbursed To Creditor | 458.51 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2022 | 1223350 | Amounts Disbursed To Creditor | 608.13 |
| 6 | QUICKEN LOANS LLC FKA QUICKEN L | 02/23/2022 | 1226216 | Amounts Disbursed To Creditor | 491.79 |
| | | | | Total for Claim Number 6: | 12,627.79 |
| 6-2 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2022 | 1232233 | Amounts Disbursed To Creditor | 466.87 |
| 6-2 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2022 | 1235275 | Amounts Disbursed To Creditor | 790.51 |
| 6-2 | QUICKEN LOANS LLC FKA QUICKEN L | 06/27/2022 | 1238299 | Amounts Disbursed To Creditor | 1,008.58 |
| 6-2 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2022 | 1241237 | Amounts Disbursed To Creditor | 1,155.44 |
| 6-2 | QUICKEN LOANS LLC FKA QUICKEN L | 08/24/2022 | 1244119 | Amounts Disbursed To Creditor | 1,252.66 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 09/27/2022 | 1247053 | Amounts Disbursed To Creditor | 1,311.53 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2022 | 1249849 | Amounts Disbursed To Creditor | 1,351.67 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 11/23/2022 | 1252640 | Amounts Disbursed To Creditor | 1,351.08 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 12/22/2022 | 1255381 | Amounts Disbursed To Creditor | 1,371.84 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2023 | 1258116 | Amounts Disbursed To Creditor | 1,392.00 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 02/23/2023 | 1260700 | Amounts Disbursed To Creditor | 1,397.11 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 03/28/2023 | 1263491 | Amounts Disbursed To Creditor | 1,400.08 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2023 | 1266301 | Amounts Disbursed To Creditor | 1,391.39 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 05/25/2023 | 1269170 | Amounts Disbursed To Creditor | 1,396.18 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 06/26/2023 | 1272059 | Amounts Disbursed To Creditor | 1,382.77 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2023 | 1274801 | Amounts Disbursed To Creditor | 1,377.77 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 08/25/2023 | 1277593 | Amounts Disbursed To Creditor | 1,382.27 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 09/26/2023 | 1280312 | Amounts Disbursed To Creditor | 1,383.92 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2023 | 1283019 | Amounts Disbursed To Creditor | 1,388.68 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 11/27/2023 | 1285702 | Amounts Disbursed To Creditor | 1,393.66 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 12/21/2023 | 1288272 | Amounts Disbursed To Creditor | 1,413.70 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 01/26/2024 | 1290984 | Amounts Disbursed To Creditor | 1,414.12 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 02/26/2024 | 1293621 | Amounts Disbursed To Creditor | 1,414.30 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 03/26/2024 | 1296278 | Amounts Disbursed To Creditor | 1,414.40 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2024 | 1298940 | Amounts Disbursed To Creditor | 1,416.09 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 05/29/2024 | 1301643 | Amounts Disbursed To Creditor | 1,411.80 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2024 | 1304169 | Amounts Disbursed To Creditor | 1,415.33 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2024 | 1306778 | Amounts Disbursed To Creditor | 1,415.27 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 08/26/2024 | 1309331 | Amounts Disbursed To Creditor | 1,415.26 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 09/25/2024 | 1311929 | Amounts Disbursed To Creditor | 1,421.60 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 10/25/2024 | 1314453 | Amounts Disbursed To Creditor | 1,417.40 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 11/25/2024 | 1317026 | Amounts Disbursed To Creditor | 1,416.29 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 12/23/2024 | 1319413 | Amounts Disbursed To Creditor | 1,416.07 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 01/28/2025 | 1321919 | Amounts Disbursed To Creditor | 1,422.18 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 02/25/2025 | 1324329 | Amounts Disbursed To Creditor | 945.30 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 03/26/2025 | 1326839 | Amounts Disbursed To Creditor | 1,880.22 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 04/25/2025 | 1329305 | Amounts Disbursed To Creditor | 1,344.60 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 05/23/2025 | 1331702 | Amounts Disbursed To Creditor | 1,075.14 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 06/25/2025 | 1334156 | Amounts Disbursed To Creditor | 1,520.63 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 07/25/2025 | 1336626 | Amounts Disbursed To Creditor | 1,438.03 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 08/26/2025 | 1339025 | Amounts Disbursed To Creditor | 1,344.60 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 09/25/2025 | 1341441 | Amounts Disbursed To Creditor | 1,344.60 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 10/24/2025 | 1343914 | Amounts Disbursed To Creditor | 1,344.60 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 11/21/2025 | 1346198 | Amounts Disbursed To Creditor | 2,297.83 |
| 6-2 | ROCKET MORTGAGE LLC FKA QUICK | 12/23/2025 | 1348568 | Amounts Disbursed To Creditor | 1,073.21 |
| | | | | Total for Claim Number 6-2: | 60,778.58 |

**Total for Part 4 - a (Postpetition Payments):** 73,406.37

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JESSICA R. DUNBAR
C/O BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 200
PITTSBURGH, PA  15220

BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 200
PITTSBURGH, PA  15220

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

ROCKET MORTGAGE LLC FKA QUICKEN
LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

Dated: 02/25/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee