**Fill in this information to identify the case:**

Debtor 1      **JESSICA R. DUNBAR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

                                                         (State)

Case Number     **20-23439GLT**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made     **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   PNC BANK NA

**Court claim no.** (if known): 24

**Last 4 digits** of any number you use to identify the debtor's account:   1   6   6   3

**Property Address:**      4984 HARDT RD
                   Number      Street

                   GIBSONIA                          PA     15044
                   City                                       State     ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.   Allowed amount of prepetition arrearage: | $ 770.02 |
| b.   Total amount of prepetition arrearage disbursed by the trustee: | $ 770.02 |
| c.   Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.   Total amount of arrearages disbursed by the trustee: | $ 770.02 |

**Part 4:    Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $          17,805.81

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
January 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour                                          Date    02/25/2026
    Signature

Trustee      Ronda J. Winnecour
             First Name          Middle Name          Last Name

Address      CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
             Number      Street

             PITTSBURGH                          PA      15219
             City                                State    ZIP Code

Contact phone   (412) 471-5566              Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DUNBAR** | | Case Number **20-23439GLT** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24 | PNC BANK NA | 03/26/2025 | 1326705 | Amounts Disbursed To Creditor | 20.27 |
| 24 | PNC BANK NA | 04/25/2025 | 1329179 | Amounts Disbursed To Creditor | 109.47 |
| 24 | PNC BANK NA | 07/25/2025 | 1336509 | Amounts Disbursed To Creditor | 333.00 |
| 24 | PNC BANK NA | 08/26/2025 | 1338917 | Amounts Disbursed To Creditor | 195.12 |
| 24 | PNC BANK NA | 09/25/2025 | 1341336 | Amounts Disbursed To Creditor | 112.16 |
| | | | | Total for Claim Number 24: | 770.02 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **770.02** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 24 | PNC BANK NA | 03/26/2021 | 1192046 | Amounts Disbursed To Creditor | 674.48 |
| 24 | PNC BANK NA | 04/26/2021 | 1195281 | Amounts Disbursed To Creditor | 328.32 |
| 24 | PNC BANK NA | 05/25/2021 | 1198392 | Amounts Disbursed To Creditor | 319.32 |
| 24 | PNC BANK NA | 06/25/2021 | 1201579 | Amounts Disbursed To Creditor | 167.03 |
| 24 | PNC BANK NA | 07/26/2021 | 1204780 | Amounts Disbursed To Creditor | 226.24 |
| 24 | PNC BANK NA | 08/26/2021 | 1207928 | Amounts Disbursed To Creditor | 123.24 |
| 24 | PNC BANK NA | 09/24/2021 | 1211028 | Amounts Disbursed To Creditor | 111.37 |
| 24 | PNC BANK NA | 10/25/2021 | 1214104 | Amounts Disbursed To Creditor | 133.16 |
| 24 | PNC BANK NA | 11/22/2021 | 1217140 | Amounts Disbursed To Creditor | 208.27 |
| 24 | PNC BANK NA | 12/23/2021 | 1220215 | Amounts Disbursed To Creditor | 85.40 |
| 24 | PNC BANK NA | 01/26/2022 | 1223278 | Amounts Disbursed To Creditor | 129.44 |
| 24 | PNC BANK NA | 02/23/2022 | 1226151 | Amounts Disbursed To Creditor | 102.46 |
| 24 | PNC BANK NA | 04/26/2022 | 1232161 | Amounts Disbursed To Creditor | 931.84 |
| 24 | PNC BANK NA | 05/25/2022 | 1235204 | Amounts Disbursed To Creditor | 718.61 |
| 24 | PNC BANK NA | 06/27/2022 | 1238226 | Amounts Disbursed To Creditor | 573.08 |
| 24 | PNC BANK NA | 07/26/2022 | 1241162 | Amounts Disbursed To Creditor | 474.56 |
| 24 | PNC BANK NA | 08/24/2022 | 1244046 | Amounts Disbursed To Creditor | 409.39 |
| 24 | PNC BANK NA | 09/27/2022 | 1246927 | Amounts Disbursed To Creditor | 370.97 |
| 24 | PNC BANK NA | 09/28/2022 | 1246927 | Cancelled Check To Creditor/Continuing De | -370.97 |
| 24 | PNC BANK NA | 09/28/2022 | 1247824 | Prewritten Check To Creditor/Continuing De | 370.97 |
| 24 | PNC BANK NA | 10/25/2022 | 1249729 | Amounts Disbursed To Creditor | 344.25 |
| 24 | PNC BANK NA | 11/23/2022 | 1252522 | Amounts Disbursed To Creditor | 319.56 |
| 24 | PNC BANK NA | 12/22/2022 | 1255263 | Amounts Disbursed To Creditor | 309.36 |
| 24 | PNC BANK NA | 01/26/2023 | 1257995 | Amounts Disbursed To Creditor | 304.89 |
| 24 | PNC BANK NA | 02/23/2023 | 1260585 | Amounts Disbursed To Creditor | 300.68 |
| 24 | PNC BANK NA | 03/28/2023 | 1263372 | Amounts Disbursed To Creditor | 298.24 |
| 24 | PNC BANK NA | 04/25/2023 | 1266180 | Amounts Disbursed To Creditor | 312.70 |
| 24 | PNC BANK NA | 05/25/2023 | 1269050 | Amounts Disbursed To Creditor | 307.14 |
| 24 | PNC BANK NA | 06/26/2023 | 1271939 | Amounts Disbursed To Creditor | 300.59 |
| 24 | PNC BANK NA | 07/25/2023 | 1274683 | Amounts Disbursed To Creditor | 306.91 |
| 24 | PNC BANK NA | 08/25/2023 | 1277465 | Amounts Disbursed To Creditor | 305.15 |
| 24 | PNC BANK NA | 09/26/2023 | 1280196 | Amounts Disbursed To Creditor | 303.20 |
| 24 | PNC BANK NA | 10/25/2023 | 1282906 | Amounts Disbursed To Creditor | 304.84 |
| 24 | PNC BANK NA | 11/27/2023 | 1285584 | Amounts Disbursed To Creditor | 300.94 |
| 24 | PNC BANK NA | 12/21/2023 | 1288158 | Amounts Disbursed To Creditor | 305.27 |
| 24 | PNC BANK NA | 01/26/2024 | 1290854 | Amounts Disbursed To Creditor | 305.37 |
| 24 | PNC BANK NA | 02/26/2024 | 1293498 | Amounts Disbursed To Creditor | 305.41 |
| 24 | PNC BANK NA | 03/26/2024 | 1296149 | Amounts Disbursed To Creditor | 305.43 |
| 24 | PNC BANK NA | 04/25/2024 | 1298812 | Amounts Disbursed To Creditor | 303.40 |
| 24 | PNC BANK NA | 05/29/2024 | 1301519 | Amounts Disbursed To Creditor | 303.59 |
| 24 | PNC BANK NA | 06/25/2024 | 1304045 | Amounts Disbursed To Creditor | 304.78 |
| 24 | PNC BANK NA | 07/25/2024 | 1306655 | Amounts Disbursed To Creditor | 304.91 |
| 24 | PNC BANK NA | 08/26/2024 | 1309212 | Amounts Disbursed To Creditor | 304.97 |
| 24 | PNC BANK NA | 09/25/2024 | 1311811 | Amounts Disbursed To Creditor | 297.19 |
| 24 | PNC BANK NA | 10/25/2024 | 1314338 | Amounts Disbursed To Creditor | 302.42 |
| 24 | PNC BANK NA | 11/25/2024 | 1316902 | Amounts Disbursed To Creditor | 303.84 |
| 24 | PNC BANK NA | 12/23/2024 | 1319294 | Amounts Disbursed To Creditor | 304.16 |
| 24 | PNC BANK NA | 01/28/2025 | 1321798 | Amounts Disbursed To Creditor | 296.64 |
| 24 | PNC BANK NA | 02/25/2025 | 1324214 | Amounts Disbursed To Creditor | 200.72 |
| 24 | PNC BANK NA | 03/26/2025 | 1326705 | Amounts Disbursed To Creditor | 395.29 |
| 24 | PNC BANK NA | 04/25/2025 | 1329179 | Amounts Disbursed To Creditor | 283.30 |
| 24 | PNC BANK NA | 05/23/2025 | 1331582 | Amounts Disbursed To Creditor | 226.53 |
| 24 | PNC BANK NA | 06/25/2025 | 1334034 | Amounts Disbursed To Creditor | 316.69 |
| 24 | PNC BANK NA | 07/25/2025 | 1336509 | Amounts Disbursed To Creditor | 301.78 |
| 24 | PNC BANK NA | 08/26/2025 | 1338917 | Amounts Disbursed To Creditor | 293.55 |
| 24 | PNC BANK NA | 09/25/2025 | 1341336 | Amounts Disbursed To Creditor | 566.73 |
| 24 | PNC BANK NA | 10/24/2025 | 1343809 | Amounts Disbursed To Creditor | 288.72 |

Debtor 1   **DUNBAR**                                                    Case Number  **20-23439GLT**                                          Page 2
            <u>Name</u>

# History Of Payments

### Part 4 - a (Postpetition Payments)

| <u>Claim #</u> | <u>Name</u> | <u>Date</u> | <u>Check #</u> | <u>Posting Description</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 24 | PNC BANK NA | 11/21/2025 | 1346099 | Amounts Disbursed To Creditor | 192.96 |
| 24 | PNC BANK NA | 12/23/2025 | 1348460 | Amounts Disbursed To Creditor | 86.53 |
| | | | | Total for Claim Number 24: | 17,805.81 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **17,805.81** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

JESSICA R. DUNBAR
C/O BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 200
PITTSBURGH, PA  15220

BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 200
PITTSBURGH, PA  15220

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH  43216-5028


Dated: 02/25/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee