Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jessica R. Dunbar** | : | Case No. 20−23439−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 145 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/22/26 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this **The 26th of February, 2026**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** (the "Motion") having been filed at Doc. No. 145 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before April 14, 2026**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **April 22, 2026 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are **required** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's **Certificate of Discharge Eligibility** or **Certificate of Financial Management** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23439-GLT |
| Jessica R. Dunbar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 26, 2026 | Form ID: 604 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jessica R. Dunbar, 4984 Hardt Road, Gibsonia, PA 15044-8123 |
| 15333861 | + | North Districts Community Credit Union, Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, Ohio 44131-1829 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2026 00:28:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2026 00:16:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:28:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15321182 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2026 00:28:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15321183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2026 00:28:38 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15321184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2026 00:17:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15340734 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2026 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15321185 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 27 2026 00:17:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15325323 | + | Email/Text: RASEBN@raslg.com | Feb 27 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15321186 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2026 00:28:22 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15335114 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:28:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15325283 | | Email/PDF: Bankruptcy_Prod@mohela.com | | |

District/off: 0315-2                                     User: auto                                              Page 2 of 4

Date Rcvd: Feb 26, 2026                                 Form ID: 604                                             Total Noticed: 40

| | | | | |
|---|---|---|---|---|
| | | | Feb 27 2026 00:28:38 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15321188 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 27 2026 00:28:31 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 15321187 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Feb 27 2026 00:28:22 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15325284 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 27 2026 00:28:22 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15321189 | + | Email/Text: bankruptcy@td.com | Feb 27 2026 00:17:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15336594 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2026 00:17:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15321191 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15341182 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 15321192 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15341348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2026 00:28:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325628 | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2026 00:16:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15338470 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2026 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15321193 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 27 2026 00:17:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15327688 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 27 2026 00:17:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15321194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:21 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15321399 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2026 00:28:31 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15321196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:30 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2026 00:28:36 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15331263 | + | Email/Text: bncmail@w-legal.com | Feb 27 2026 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15321199 | + | Email/Text: bncmail@w-legal.com | Feb 27 2026 00:17:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321200 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 27 2026 00:17:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 15328695 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | Feb 27 2026 00:17:00 | U.S. Bank NA dba Elan Financial Services, |

|  |  |  | Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
|---|---|---|---|
| 15333364 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 27 2026 00:17:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15332332 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 27 2026 00:17:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | North Districts Community Credit Union |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15325330 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15337940 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321190 | ##+ | NorthDistrict Credit Union, 5321 William Flinn Hwy # 5, Gibsonia, PA 15044-9639 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com |
| Bryan P. Keenan | on behalf of Debtor Jessica R. Dunbar keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor North Districts Community Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Maria Miksich | |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Feb 26, 2026

Form ID: 604

Total Noticed: 40

                  on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

S. James Wallace
                  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10