**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jessica R. Dunbar | Social Security number or ITIN   xxx–xx–2756 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–23439–GLT

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jessica R. Dunbar

4/15/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W | **Chapter 13 Discharge** | page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23439-GLT |
| Jessica R. Dunbar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 15, 2026 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R. Dunbar, 4 St. William Pl., Pittsburgh, PA 15237-2559 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15333861 | + | North Districts Community Credit Union, Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, Ohio 44131-1829 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2026 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | EDI: PRA.COM | Apr 16 2026 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321181 | + | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15321182 | + | EDI: JPMORGANCHASE | Apr 16 2026 04:05:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15321183 | + | EDI: CITICORP | Apr 16 2026 04:05:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15321184 | + | EDI: WFNNB.COM | Apr 16 2026 04:05:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15340734 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2026 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15321185 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 16 2026 00:12:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15325323 | + | Email/Text: RASEBN@raslg.com | Apr 16 2026 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

District/off: 0315-2                      User: auto                                Page 2 of 4

Date Rcvd: Apr 15, 2026                   Form ID: 3180W                            Total Noticed: 43

|  |  |  | Raton, FL 33487-2853 |
|---|---|---|---|
| 15321186 | + | EDI: CAPITALONE.COM | Apr 16 2026 04:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15335114 |  | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 00:17:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15325283 |  | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 16 2026 00:17:28 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15321188 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 16 2026 00:17:28 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 15321187 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 16 2026 00:17:28 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15325284 |  | EDI: MAXMSAIDV | Apr 16 2026 04:05:00 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15321189 | + | EDI: TDBANKNORTH.COM | Apr 16 2026 04:05:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15336594 | + | EDI: JEFFERSONCAP.COM | Apr 16 2026 04:05:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15321191 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15341182 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 15321192 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15341348 |  | EDI: PRA.COM | Apr 16 2026 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325628 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15338470 |  | EDI: Q3G.COM | Apr 16 2026 04:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15321193 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 16 2026 00:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15327688 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 16 2026 00:12:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15321194 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15321399 | + | EDI: AIS.COM | Apr 16 2026 04:05:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321195 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15321196 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321197 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321198 | + | EDI: SYNC | Apr 16 2026 04:05:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15331263 | + | Email/Text: bncmail@w-legal.com | Apr 16 2026 00:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Apr 15, 2026 | Form ID: 3180W | Total Noticed: 43

| 15321199 | + | EDI: WTRRNBANK.COM | | |
|---|---|---|---|---|
| | | | Apr 16 2026 04:05:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321200 | + | EDI: USBANKARS.COM | | |
| | | | Apr 16 2026 04:05:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 15328695 | | EDI: USBANKARS.COM | | |
| | | | Apr 16 2026 04:05:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15333364 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Apr 16 2026 00:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15332332 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Apr 16 2026 00:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | North Districts Community Credit Union |
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15325330 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15337940 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321190 | ##+ | NorthDistrict Credit Union, 5321 William Flinn Hwy # 5, Gibsonia, PA 15044-9639 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026 | Signature: | /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com |
| Bryan P. Keenan | on behalf of Debtor Jessica R. Dunbar keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor North Districts Community Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |

District/off: 0315-2                          User: auto                                    Page 4 of 4

Date Rcvd: Apr 15, 2026                       Form ID: 3180W                                Total Noticed: 43

Maria Miksich
                    on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Matthew Fissel
                    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
                    wbecf@brockandscott.com

Matthew Fissel
                    on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10