**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/15/26 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

    JESSICA R. DUNBAR

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:20-23439

Chapter 13

Related to Docket No. 145

**ORDER OF COURT**

AND NOW, this __ 15th Day of April, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-23439-GLT

Jessica R. Dunbar                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica R. Dunbar, 4 St. William Pl., Pittsburgh, PA 15237-2559 |
| cr | | Rocket Mortgage, LLC, Aldridge Pite, LLP, Six Piedmont Center 3525 Piedmont Road,, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES |
| 15333861 | + | North Districts Community Credit Union, Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, Ohio 44131-1829 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2026 00:17:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15321181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 00:17:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15321182 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2026 00:17:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15321183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2026 00:17:40 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15321184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2026 00:12:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15340734 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2026 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15321185 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 16 2026 00:12:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 15325323 | + | Email/Text: RASEBN@raslg.com | Apr 16 2026 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15321186 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2026 00:17:37 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15335114 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2026 00:17:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15325283 | | Email/PDF: Bankruptcy_Prod@mohela.com | | |

District/off: 0315-2                                     User: auto                                                Page 2 of 4
Date Rcvd: Apr 15, 2026                                  Form ID: pdf900                                          Total Noticed: 41

|  |  |  | Apr 16 2026 00:17:28 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15321188 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 16 2026 00:17:28 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 15321187 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 16 2026 00:17:28 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15325284 |  | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 16 2026 00:17:34 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15321189 | + | Email/Text: bankruptcy@td.com | Apr 16 2026 00:12:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15336594 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2026 00:12:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15321191 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15341182 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland OH 44101 |
| 15321192 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2026 00:11:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15341348 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2026 00:17:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15325628 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2026 00:11:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St, 14th Fl., Pittsburgh, PA 15219-6101 |
| 15338470 |  | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2026 00:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15321193 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 16 2026 00:12:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15327688 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Apr 16 2026 00:12:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15321194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:38 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15321399 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2026 00:17:33 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15321196 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:26 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:37 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15321198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2026 00:17:37 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15331263 | + | Email/Text: bncmail@w-legal.com | Apr 16 2026 00:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15321199 | + | Email/Text: bncmail@w-legal.com | Apr 16 2026 00:12:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15321200 | + | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 16 2026 00:12:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 15328695 |  | Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 16 2026 00:12:00 | U.S. Bank NA dba Elan Financial Services, |

District/off: 0315-2                                    User: auto                                                  Page 3 of 4
Date Rcvd: Apr 15, 2026                            Form ID: pdf900                                        Total Noticed: 41

|  |  |  | Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
|---|---|---|---|
| 15333364 | Email/Text: BNCnotices@dcmservices.com | Apr 16 2026 00:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15332332 | Email/Text: BNCnotices@dcmservices.com | Apr 16 2026 00:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | North Districts Community Credit Union |
| cr |  | Quicken Loans, LLC |
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15325330 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15337940 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15321190 | ##+ | NorthDistrict Credit Union, 5321 William Flinn Hwy # 5, Gibsonia, PA 15044-9639 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC Bank  N.A. amps@manleydeas.com |
| Bryan P. Keenan | on behalf of Debtor Jessica R. Dunbar keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Garry Alan Masterson | on behalf of Creditor North Districts Community Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Maria Miksich | on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel |  |

District/off: 0315-2                      User: auto                               Page 4 of 4

Date Rcvd: Apr 15, 2026                  Form ID: pdf900                          Total Noticed: 41

on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10